Dismissed and Memorandum Opinion filed September 8, 2005









Dismissed and Memorandum Opinion filed September 8,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00696-CV

____________

 

ALVIN LEE
HARRISON, Appellant

 

V.

 

CHRISTIANA
MELTON CRAIN, ET AL., Appellees

 



 

On Appeal from the
23rd District Court

Brazoria
County, Texas

Trial Court Cause No.
30,954

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed March 16, 2005.  The notice of appeal was filed on March 26,
2005.  Our records show that appellant
did not timely establish indigence with his notice of appeal, nor has he paid
the $125.00 appellate filing fee.  See
Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent); Tex. R. App. P. 20.1
(listing
requirements for establishing indigence); see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals, Misc.
Docket No. 98-9120 (Tex. Jul. 21, 1998) (listing fees in court of appeals); Tex. Gov=t Code Ann. ' 51.207 (Vernon Supp.2004-05) (same). 








After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. 
Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply
with notice from clerk requiring response or other action within specified
time).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum
Opinion filed September 8, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.